# Third District Court of Appeal

## State of Florida

Opinion filed July 2, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D25-0167 and 3D25-1024
Lower Tribunal No. 23-7069-CA-01

_____

**Veronica Trinidad Arroyo**,
Appellant,

vs.

**Jirehfam, LLC, et al.**,
Appellees.

Appeals from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

Chad Barr Law and Chad A. Barr (Altamonte Springs), for appellant.

Conroy Simberg, and Megan Powell and Hinda Klein (Hollywood); Law Offices of Charles M-P George, and Charles M-P "Chip" George; Wadsworth, Margrey & Dixon, and Christopher W. Wadsworth and Emiliano Perez, for appellees.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.